UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,                                         20 Cr. 507 (PAC)

                                                                                                                               ORDER

        -against-

ALFREDO ROJAS ,

        Defendant.
-------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

      Pursuant to the sentencing held today, the Court orders the defendant is sentenced to TIME SERVED, subject to the conditions set forth in the Judgment. ICE should pick up Mr. Rojas on the pending detainer, and return Mr. Rojas to Dominican Republic forthwith. See transcript for details.

Dated: New York, New York
         December 8, 2022

                                                                                       SO ORDERED

                                                                                        _____
                                                                                        PAUL A. CROTTY
                                                                                        United States District Judge